E-FILED
Monday, 31 July, 2017  04:57:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHERRIKA T. ELLISON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 16 CV 02301 |
| | ) | |
| THE BOARD OF TRUSTEES AT THE | ) | |
| UNIVERSITY OF ILLINOIS AT | ) | |
| URBANA-CHAMPAIGN, | ) | |
|     Defendant. | ) | |

___

### AGREED MOTION FOR SECOND EXTENSION OF TIME
### TO FILE STIPULATION OF DISMISSAL

NOW COME the parties, Plaintiff, SHERRIKA T. ELLISON, by and through her attorney, Nina R. Gougis of Angela Evans Law, and Defendant, the BOARD OF TRUSTEES AT THE UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, and pursuant to Local Rule 6.1 move for an extension of time to file a stipulation of dismissal. In support of their Motion, the parties state as follows:

1. The parties have reached a settlement in this matter.

2. On June 19, 2017, this Court entered an order directing the parties to file a stipulation of dismissal signed by both parties within thirty-five (35) days - or by July 24, 2017.

3. On July 24, 2017, the parties filed a motion for extension of time to file the stipulation of dismissal in this matter. Specifically, the parties requested 7 additional days - or until July 31, 2017 - to file the stipulation of dismissal.

4. The parties have finalized the separation agreement in this case and the agreement has been executed by the Plaintiff. However, the agreement still needs to be signed by the University's representatives.

5. The parties request an additional 7 days - or until August 7, 2017 - to file the stipulation of dismissal in this matter.

WHEREFORE, Plaintiff, SHERRIKA T. ELLISON, and Defendant, the BOARD OF TRUSTEES AT THE UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN, request that this Court grant an extension of time - until August 7, 2017 - to file the stipulation of dismissal in this matter.

SHERRIKA T. ELLISON,　　　　　　　　　　THE BOARD OF TRUSTEES AT
Plaintiff　　　　　　　　　　　　　　　　　　THE UNIVERSITY OF ILLINOIS
　　　　　　　　　　　　　　　　　　　　　　AT URBANA-CHAMPAIGN,
　　　　　　　　　　　　　　　　　　　　　　Defendant

By: /s/ Nina R. Gougis　　　　　　　　　　By:　 /s/ Brian M. Smith
　　　Attorney for Plaintiff　　　　　　　　　　　 Attorney for Defendant

Prepared By: Nina R. Gougis
ARDC#6299894
ANGELA EVANS LAW
110 SW Jefferson Ave, #510
Peoria, IL 61602
(309) 839-8340 – Office
(309) 419-4525 – Fax
Email: Nina@angelaevanslaw.com

## PROOF OF SERVICE

I hereby certify that on this 31st day of July, 2017, I electronically filed the foregoing Motion for Extension of Time to File Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian M. Smith
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
PO Box 129
Urbana, IL 61803-0129
bsmith@heylroyster.com

                                        SHERRIKA T. ELLISON, Plaintiff,

                                        By: /s/ Nina R. Gougis
                                              Attorney for Plaintiff

Nina R. Gougis
ARDC#6299894
ANGELA EVANS LAW
110 SW Jefferson Ave, #510
Peoria, IL 61602
(309) 839-8340 – Office
(309) 419-4525 – Fax
Email: Nina@angelaevanslaw.com