IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHERRIKA T. ELLISON, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>THE BOARD OF TRUSTEES AT THE )<br>UNIVERSITY OF ILLINOIS AT )<br>URBANA-CHAMPAIGN, )<br>    Defendant. ) | No. 16 CV 02301 |

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel, pursuant to F.R.C.P. 41(a)(1)(A)(ii), that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant, the Board of Trustees at the University of Illinois at Urbana-Champaign.

Each party to bear her or its own costs.

SHERRIKA T. ELLISON, Plaintiff             THE BOARD OF TRUSTEES AT
                                           THE UNIVERSITY OF ILLINOIS
                                           AT URBANA-CHAMPAIGN,
                                           Defendant

By:   /s/ Nina R. Gougis                   By:  /s/ Brian Smith
      Her Attorney                              One of Its Attorneys

**Prepared by:**

Nina R. Gougis
ARDC#6299894
ANGELA EVANS LAW
110 SW Jefferson Ave, #510
Peoria, IL 61602
(309) 839-8340 – Office
(309) 419-4525 – Fax
Email: Nina@angelaevanslaw.com